USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
NIKOSI GRAY,

                    Plaintiff,

    -against-

AMERICREDIT FINANCIAL, et al.

                    Defendants.
----------------------------------------------------------x

07 Civ. 4039 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

        The above action has been reassigned to the undersigned. The parties are directed to consult the undersigned's Individual Practices (available on the Court's website). It appears that the action has been pending for over two years. Discovery should have been completed by October 19, 2007. There appear to be a fully submitted motion pending (Docket #9). The Magistrate Judge, to whom the motion was referred, appears to have issued a Report and Recommendation. The plaintiff, who is unrepresented, appears to have objected Report and Recommendation.

        Counsel for defendant is directed to deliver courtesy copies of the entire record on the underlying motion (i.e. all submissions of all parties) and all submissions directed to the Magistrate Judge's Report and Recommendation within five days of this Order. The Court will then proceed to review the Report and Recommendation.

        SO ORDERED.

                                            P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
        June 5, 2009